IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA R. HARGROVE,

    Plaintiff,

vs.                                                       1:11-cv-54-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Pending before the Court is Defendant's Motion For Enlargement. (Doc. 9.) Defendant requests a thirty day extension of time to file his answer and the administrative record. The Defendant requests a thirty day enlargement of time to file the administrative record because of a slight backlog in the preparation of administrative records. Pursuant to Local Rule 7.1(B), Defendant's counsel certifies that Plaintiff's counsel does not object to the requested relief.

Accordingly, upon due consideration, Defendant's Motion For Enlargement (Doc. 9) is **GRANTED**. Defendant shall file his answer and the administrative record by **July 5, 2011**.

**DONE AND ORDERED** this 1st day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge