IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA R. HARGROVE,

    Plaintiff,

v.                                          CASE NO. 1:11cv54-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

**O R D E R**

    This matter is before the court on Plaintiff's Consent Motion for Attorney Fees Pursuant to Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (Doc. 22).  Defendant has no objection to the fee request.  (*See* doc. 23).  Upon consideration, the court concludes that the fee request is appropriate.

    Accordingly, it is hereby **ORDERED** that plaintiff's motion for attorney fees (doc. 22) is GRANTED.  Plaintiff is awarded attorney fees under EAJA in the amount of $3,757.95, subject to any offsetting debt owed by plaintiff to the United States.  If the agreement between plaintiff and plaintiff's counsel is such that these fees are assigned to plaintiff counsel, any fees or partial fees received by the plaintiff are to be considered held in trust for, and payable to, plaintiff's counsel.

    **DONE and ORDERED** this 24th day of August, 2012.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**